94 A.3d 908

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. JASON G. EHRIE, DEFENDANT–PETITIONER.

June 23, 2014.

ORDERED that the petition for certification is granted and summarily remanded to the Superior Court, Appellate Division for reconsideration in light of *State v. James Robinson,* 217 *N.J.* 594, 92 *A.*3d 656 (2014).

94 A.3d 908

NEW JERSEY REAL ESTATE COMMISSION, COMPLAINANT–RESPONDENT, v. DOUGLAS R. TONGE, RESPONDENT–PETITIONER.

June 23, 2014.

This matter having been opened to the Court on the submission of the notice of petition for certification seeking review of the judgment of the Superior Court, Appellate Division in A–4991–11, and it further appearing that that Appellate Division judgment concerned only a stay of disciplinary findings and sanctions imposed by the New Jersey Real Estate Commission, and the Court having entered an order today denying a separate petition for certification (C–941–13) seeking review of the judgment of the Appellate Division affirming the findings and sanctions imposed by the New Jersey Real Estate Commission; it is hereby

ORDERED that the notice of petition is dismissed as moot.